# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>Arata Expositions, Inc., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00960-JCM-NJK<br><br>**Order**<br><br>[Docket No. 17] |

Pending before the Court is Plaintiffs' motion to compel post-judgment discovery, as well as for an award of expenses. Docket No. 17. The motion was filed and served on December 4, 2025, and no response has been filed. As such, the motion is deemed unopposed and subject to granting on that basis. *See* Local Rule 7-2(d). Accordingly, the Court **GRANTS** the motion to compel and for expenses as unopposed. Defendants must provide Plaintiffs the subject documents by January 21, 2026. In addition, Plaintiffs must file a motion to calculate expenses by January 21, 2026.

IT IS SO ORDERED.

Dated: January 6, 2026

Nancy J. Koppe
United States Magistrate Judge